FILED

UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2016 DEC -1  PM 2:12

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

GARY WARD,

CASE NO: 6:16CV2076-ORL-28GJK

    Plaintiff,

vs.

CITY OF HOLLY HILL, FLORIDA,

    Defendant.

_____/

## DEFENDANT, CITY OF HOLLY HILL, FLORIDA'S NOTICE OF REMOVAL

The Defendant, CITY OF HOLLY HILL, FLORIDA, by and through undersigned counsel, pursuant to 28 U.S.C. § 1446(a) and Fed. R. Civ. P. 81(c), files Defendant's Notice of Removal, and as grounds therefore states:

1.    Plaintiff's Complaint contains one Count, which alleges violation of his Fourteenth Amendment right to procedural Due Process by Defendant.

2.    Original jurisdiction is conferred upon this Court by the fact that Plaintiff's claims of violations arise under the laws of the United States.

3.    Venue is appropriate in the Orlando Division based on the fact that all actions giving rise to this cause of action occurred in Volusia County, Florida.

4.    Copies of all pleadings filed in the State Court are attached hereto as Composite Exhibit A.

5.    A copy of this Notice is being filed in the State Court in which the claim was originally brought.

WHEREFORE, Defendant, CITY OF HOLLY HILL, FLORIDA, having complied with 28 U.S.C. § 1446(a) and Rule 81(c) of the Federal Rules of Civil Procedure, files this Notice of Removal.

**I HEREBY CERTIFY** that on November 30, 2016, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to Jason Harr, Esquire, The Harr Law Firm, 417 South Ridgewood Avenue, Daytona Beach, FL 32114.

*/s/Gail C. Bradford*
DOUGLAS T. NOAH, ESQ.
Florida Bar No. 0863970
GAIL C. BRADFORD, ESQ.
Florida Bar No. 0295980
PATRICIA R. CHAPMAN, ESQ.
Florida Bar No. 0085309
Dean, Ringers, Morgan & Lawton, P.A.
Post Office Box 2928
Orlando, Florida 32802-2928
Tel: 407-422-4310    Fax: 407-648-0233
DNoah@drml-law.com
GBradford@drml-law.com
PChapman@drml-law.com
Attorneys for Defendant