# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

GARY WARD,

        Plaintiff,

v.

        Case No: 6:16-cv-2076-Orl-28GJK

CITY OF HOLLY HILL, FLORIDA,

        Defendant.

## ORDER

This case is before the Court on the Motion to Dismiss (Doc. 20) filed by Defendant, City of Holly Hill, Florida. Plaintiff, Gary Ward, has not responded to the motion, and the time for doing so has passed. See M.D. Fla. Local Rule 3.01(b) ("Each party opposing a motion or application shall file within fourteen (14) days after service of the motion or application a response that includes a memorandum of legal authority in opposition to the request . . . .").

The City's motion is both unopposed and meritorious. The City correctly asserts that Ward's Amended Complaint (Doc. 19) fails to state a claim for which relief can be granted. For the reasons set forth in the motion, it must be granted.

Accordingly, it is **ORDERED** as follows:

    1.    The Motion to Dismiss (Doc. 20) filed by Defendant, City of Holly Hill, Florida, is **GRANTED**.

    2.    This case is **DISMISSED with prejudice**.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida, on May 26, 2017.

*[signature]*

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record